# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 17-03322-AB | Date: June 23, 2017 |

**Title:** In re Debtor Marci Boswell

**Present: The Honorable** ANDRÉ BIROTTE JR., United States District Judge

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order To Show Cause Regarding Bankruptcy Appeal

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8009 records.

Appellant is Ordered to Show Cause no later than **July 10, 2017,** why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

CC: BK Court